IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| BRITTNEY M. PRINCE, | |
|---|---|
| Plaintiff, | 8:17CV245 |
| vs. | ORDER |
| MEGAN J. BRENNAN, Postmaster General of the United States of America, | |
| Defendant. | |

Plaintiff has submitted a motion to proceed in forma pauperis. ([Filing No. 2](#).) After reviewing the request, I shall waive prepayment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED** that Plaintiff's motion to proceed in forma pauperis ([Filing No. 2](#)) is granted. The Clerk of Court shall file the complaint and accompanying pleadings without the prepayment of costs or fees.

Dated this 10th day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge